IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
IVORY COLEMAN, JR.,              )
                                 )
         PLAINTIFF,              )
                                 )
VS.                              )   CV00-H-363-S
                                 )
C&S VENTURES INC.;               )
DEWAYNE N. MORRIS, in his        )
official and individual          )
capacity; and WARD BAILEY,       )
in his official and individual   )
capacity,                        )
                                 )
         DEFENDANTS.             )
```

FILED
00 FEB 17 AM 9:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB 17 2000

## MEMORANDUM OF DECISION

The court has before it the February 16, 2000 motion of plaintiff for an injunction, together with the February 11, 2000 complaint and the February 15, 2000 motion to dismiss the complaint filed by defendants. The motion to dismiss correctly points out that the complaint fails to set forth any allegations from which this court could conclude it could have jurisdiction. In reaching this conclusion the court is reviewing the pleadings with the license to which a pro se pleader is entitled. Being of the opinion that this court does not have jurisdiction in this action, a separate order of dismissal will be entered, which will render **MOOT** the motion for injunction.

DONE this ___17th___ day of February, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE